JAMES E. SMYTH II
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada  89113
Telephone:   (702) 792-7000
Facsimile:    (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA MITSCHKE, Individually, as surviving heir, and as Co-Administrator of the Estate of RICHARD DARNELL, Decedent,<br><br>Plaintiff,<br>vs.<br><br>GOSAL TRUCKING, LTD., a Canadian corporation; CANADIAN WESTERN BANK, a Canadian corporation; SAMIMI SAEED, Individually; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:14-cv-01099-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER REQUESTING STAY OF HIS DEPOSITION AND DISCOVERY RESPONSES PENDING RESOLUTION OF HIS CRIMINAL TRIAL**<br>**(DOCUMENT 082)**<br><br>**(FIRST REQUEST)** |

VIRGINIA MITSCHKE ("Plaintiff"), by and through her counsel Kaempfer Crowell and Defendants GOSAL TRUCKING, LTD. and SAMIMI SAEED, by and through their counsel ALVERSON, TAYLOR, MORTENSEN & SANDERS, hereby respectfully submit this Stipulation And Order To Extend Time For Plaintiffs To File Response To Defendants' Motion For Protective Order Requesting Stay Of His Deposition And Discovery Responses Pending Resolution Of His Criminal Trial (Document 082) (First Request) (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of

1  this Court. This is the first request for an extension of time to file Plaintiffs' Response To
2  Defendants' Motion For Protective Order Requesting Stay Of His Deposition And Discovery
3  Responses Pending Resolution Of His Criminal Trial (Document 082) (Plaintiffs' "Response").

4        This Stipulation is entered into at the request of counsel for Plaintiff who respectfully
5  represents that counsel has been working diligently and in good faith to meet the deadline for
6  the filing of Plaintiff's Response, however, despite counsel's best efforts, additional time is
7  needed for preparation of the Response.

8        The basis of this request has been discussed with counsel for Defendants Samimi Saeed
9  and Gosal Trucking, Ltd., who has no objection to the requested extension of four (4) days, up
10 to and including **June 12, 2015**, within which to file Plaintiff's Response.

11       This Stipulation is presented in good faith and not for the purpose of delay.

12       This is Plaintiffs' first request for an extension of time to file Plaintiffs' Response.

13       IT IS SO STIPULATED.

14       DATED this 8th day of June, 2015.

15                         KAEMPFER CROWELL

16

17            BY:     /s/Lisa J. Zastrow
                    JAMES E. SMYTH II (Nevada Bar No. 6506)
18                   LISA J. ZASTROW (Nevada Bar No. 9727)
                  8345 West Sunset Road, Suite 250
19                   Las Vegas, Nevada 89113
                  ***Attorneys for Plaintiffs***

20 / / / / /
21 / / / / /
22 / / / / /
23 / / / / /
24 / / / / /

| | |
|---|---|
| 1 | DATED this 8th day of June, 2015. |

                              ALVERSON, TAYLOR, MORTENSEN & SANDERS

BY:   */s/Sabrina G. Wibicki*_____
       NATHAN R. REINMILLER, ESQ.
       SABRINA G. WIBICKI, ESQ.
       7401 W. Charleston Blvd.
       Las Vegas, NV 89117
       ***Attorneys for Gosal Trucking, Ltd. and Saeed Samimi***

<u>**ORDER**</u>

**IT IS SO ORDERED:**

[signature]

_____
United States Magistrate Judge
DATED this 15th day of June, 2015.

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER REQUESTING STAY OF HIS DEPOSITION AND DISCOVERY RESPONSES PENDING RESOLUTION OF HIS CRIMINAL TRIAL (DOCUMENT 082) (FIRST REQUEST)** was made this date by electronic means through the Court's CM/ECF program to each of the following:

Nathan R. Reinmiller, Esq.
Sabrina G. Wibicki, Esq.
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, NV 89117
***Attorneys for Gosal Trucking, Ltd. and Saeed Samimi***

DATED this __ day of June, 2015.

_____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

1650304_2.docx 16910.1

Page 4 of 4