JAMES E. SMYTH II
Nevada Bar No. 6506
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
jsmyth@kcnvlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA MITSCHKE, Individually, as surviving heir, and as Co-Administrator of the Estate of RICHARD DARNELL, Decedent,<br><br>Plaintiff,<br>vs.<br><br>GOSAL TRUCKING, LTD., a Canadian corporation; CANADIAN WESTERN BANK, a Canadian corporation; SAMIMI SAEED, Individually; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:14-cv-01099-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER REQUESTING STAY OF HIS DEPOSITION AND DISCOVERY RESPONSES PENDING RESOLUTION OF HIS CRIMINAL TRIAL (DOCUMENT 082)**<br><br>(SECOND REQUEST) |

VIRGINIA MITSCHKE ("Plaintiff"), by and through her counsel KAEMPFER CROWELL and Defendants GOSAL TRUCKING, LTD. and SAMIMI SAEED, by and through their counsel ALVERSON, TAYLOR, MORTENSEN & SANDERS, hereby respectfully submit this Stipulation And Order To Extend Time For Plaintiffs To File Response To Defendants' Motion For Protective Order Requesting Stay Of His Deposition And Discovery Responses Pending Resolution Of His Criminal Trial (Document 082) (Second Request) (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court. This is the second request for an extension of time to

1. file Plaintiffs' Response To Defendants' Motion For Protective Order Requesting Stay Of His
2. Deposition And Discovery Responses Pending Resolution Of His Criminal Trial (Document
3. 082) (Plaintiffs' "Response").
4.     This Stipulation is entered into at the request of counsel for Plaintiff who respectfully
5. represents that counsel has been working diligently and in good faith to meet the deadline for
6. the filing of Plaintiff's Response, however, despite counsel's best efforts, additional time is
7. needed for preparation of the Response. Plaintiffs' counsel is moving offices and one of the
8. attorneys assigned to this matter is changing firms. Counsel for Defendants Samimi Saeed and
9. Gosal Trucking, Ltd. have graciously agreed that they have no objection to the requested
10. extension up to and including **June 19, 2015**, within which to file Plaintiff's Response.
11.     This Stipulation is presented in good faith and not for the purpose of delay.
12.     IT IS SO STIPULATED.
13.     DATED this 12th day of June, 2015.
14.                               KAEMPFER CROWELL
15.
16. BY:   /s/James E. Smyth II
        JAMES E. SMYTH II (Nevada Bar No. 6506)
17.         8345 West Sunset Road, Suite 250
        Las Vegas, Nevada 89113
        ***Attorneys for Plaintiffs***
18.
19. / / / / /
20. / / / / /
21. / / / / /
22. / / / / /
23. / / / / /
24. / / / / /

KAEMPFER CROWELL
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

DATED this 12th day of June, 2015.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

BY:   /s/Sabrina G. Wibicki
      NATHAN R. REINMILLER, ESQ.
      SABRINA G. WIBICKI, ESQ.
      7401 W. Charleston Blvd.
      Las Vegas, NV 89117
      *Attorneys for Gosal Trucking, Ltd. and Saeed Samimi*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
                Magistrate

DATED this 15th day of June, 2015.

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER REQUESTING STAY OF HIS DEPOSITION AND DISCOVERY RESPONSES PENDING RESOLUTION OF HIS CRIMINAL TRIAL (DOCUMENT 082) (SECOND REQUEST)** was made this date by electronic means through the Court's CM/ECF program to each of the following:

Nathan R. Reinmiller, Esq.
Sabrina G. Wibicki, Esq.
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, NV 89117
***Attorneys for Gosal Trucking, Ltd.***
***and Saeed Samimi***

DATED this 12th day of June, 2015.

_____
an employee of Kaempfer Crowell