# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VIRGINIA MITSCHKE, | |
| Plaintiff, | 2:14-cv-01099-JCM-VCF |
| vs. | **ORDER** |
| SONORAN BARBEQUE NEVADA, LLC, | |
| Defendant. | |

Before the court is the Plaintiff's Emergency Motion Pursuant to Local Rule 7-5(d) to Expedite the Decision on Defendant Saeed Samimi's Motion for Protective Order Requesting Stay of his Deposition and Discovery Responses Pending Resolution of his Criminal Trial (#94).

IT IS HEREBY ORDERED that the Plaintiff's Emergency Motion Pursuant to Local Rule 7-5(d) to Expedite Decision (#94) is GRANTED.

IT IS FURTHER ORDERED that a hearing on Defendant Saeed Samimi's Motion for Protective Order Requesting Stay of his Deposition and Discovery Responses Pending Resolution of his Criminal Trial (#82) is scheduled for 2:00 p.m., July 9, 2015, in courtroom 3D.

DATED this 7th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE