# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VIRGINIA MITSCHKE, *et al.*, | |
| Plaintiffs, | 2:14-cv-01099-JCM-VCF |
| vs. | **ORDER** |
| GOSAL TRUCKING, LTD., *et al.*, | |
| Defendants. | |

Before the court is Defendant, Saeed Samimi's, Motion for a Continued Stay of His Deposition and Discovery Responses Pending Resolution of his Criminal Trial (#110).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant, Saeed Samimi's, Motion for a Continued Stay of His Deposition and Discovery Responses Pending Resolution of his Criminal Trial (#110) is scheduled for 2:00 p.m., October 22, 2015, in courtroom 3D.

DATED this 1st day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE