UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Virginia Mitschke, *individually, as surviving heir, and as Co-Administrator of the Estate of Richard Darnell, Decendent* | 2:14-CV-1099-JCM-VCF |
| Plaintiffs, | **ORDER TO RELEASE BOND** |
| v. | |
| Gosal Trucking, LTD., et al. | |
| Defendants. | |

Presently before the court is the matter of *Virginia Mitschke, et al. v. GosalTrucking, et al.,* case number 2:14-cv-01099-JCM-VCF.

On August 8, 2014, the court ordered Plaintiff, Virginia Mitschke, to post a security bond for $500.00 pursuant to Nev. Rev. Stat. 18.130 in her individual capacity and, separately, in her capacity as co-administrator of the estate of Richard Darnell.  On August 15, 2014, Kaempfer Crowell posted security bonds on behalf of Virginia Mitschke receipt number NVLAS028424, NVLAS028425, NVLAS028426, NVLAS028427, NVLAS028428 and NVLAS028429 ($500.00 each).  (ECF No. 23-28).

On March 14, 2016, the court granted the parties' Stipulation for Dismissal of all claims with prejudice, closing the case. (ECF No. 137).  As this matter is now concluded, the court will refund to Kaempfer Crowell on behalf of Virginia Mitschke the six (6) $500.00 security bonds, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated  May 1, 2019.

_____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE